UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Dante Plummer,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A sentencing for a violation of supervised release is hereby scheduled for January 7, 2020 at 11 a.m. Mr. Plummer's sentencing submission is due on or before December 31, 2019. The Government's sentencing submission is due on or before January 2, 2020.

Dated: November 14, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge