USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Dante Plummer,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Defendant's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). *See* Dkt. No. 2871. The Government shall respond to this motion by June 5, 2020. Defendant shall file his reply, if any, by June 8, 2020.

SO ORDERED.

Dated: June 3, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge