**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2020

SO ORDERED   6/4/20

Alison J. Nathan, U.S.D.J.

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Nico Burrell, et al.*, S2 15 Cr. 95 (AJN),
        Defendant Dante Plummer (No. 46)

Dear Judge Nathan:

The Government writes with respect to defendant Dante Plummer's motion for compassionate release, filed on June 3, 2020. The Government, with the defendant's consent, respectfully requests that the time to respond to the motion be extended from June 5, 2020 to June 10, 2020 and that the defendant's time to reply be extended to June 12, 2020. The additional time will allow the Government to, among other things, fully consider the defendant's motion, provide notice to victims, if any, and seek to collect relevant information from the Bureau of Prisons.

SO ORDERED

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:     /s/
Drew Skinner
Assistant United States Attorney
Tel. (212) 637-1587

cc:   Defense counsel (by ECF)